1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                        SAN JOSE DIVISION

9  J & J SPORTS PRODUCTIONS,           CV-10-4218-JF
              Plaintiff,
10
                                        ORDER OF DISMISSAL
    V.
11
   DENISE MARSHALL,
12            Defendant.
13  _____/

14
15     The parties have advised the Court that they have agreed to a settlement of this case.
16     IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any
17 party notifies the Court within ninety days of the date of this order that the agreed consideration
18 for said settlement has not been delivered, this order will be vacated and the case will be restored
19 to the calendar to be set for trial.

20
21
22 Date:  May 9, 2011

                                    _____
23                                  JEREMY FOGEL
                                    United States District Judge
24
25
26
27
28