Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Denise Joanne Aguirre Marshall, et al., <br><br> Defendants. | CASE NO. CV 10-4218 JF <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DENISE JOANNE AGUIRRE MARSHALL and PAUL ROBERT MARSHALL, individually and d/b/a GALAXY |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants DENISE JOANNE AGUIRRE MARSHALL and PAUL ROBERT MARSHALL, individually and d/b/a GALAXY, that the above-entitled action is hereby dismissed **without prejudice** against DENISE JOANNE AGUIRRE MARSHALL and PAUL ROBERT MARSHALL, individually and d/b/a GALAXY and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by July 1, 2011, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 4, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

RUSCONI, FOSTER & THOMAS
By: John C. Clark
Attorneys for Defendants
DENISE JOANNE AGUIRRE MARSHALL and
PAUL ROBERT MARSHALL,
individually and d/b/a GALAXY

IT IS SO ORDERED:

Dated: 7/13/11

The Honorable Jeremy Fogel
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 10-4218 JF
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 4, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DENISE JOANNE AGUIRRE MARSHALL and PAUL ROBERT MARSHALL, individually and d/b/a GALAXY**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. John C. Clark, Esquire
RUSCONI, FOSTER & THOMAS
30 Keystone Avenue
Morgan Hill, CA 95034

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 4, 2011, at South Pasadena, California.

Dated: May 4, 2011

INESA MAMIDJANYAN